| | | |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

**CIVIL MINUTES—GENERAL**

| Case No. | CV 23-149-DMG (AGRx) | Date | August 11, 2023 |
|---|---|---|---|
| Title | *Fabric Selection, Inc. v. Zhao Meng, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS—ORDER AND NOTICE TO PARTIES**

On August 1, 2023, the Court ordered Plaintiff to show cause in writing, no later than August 8, 2023, why the above-entitled action should not be dismissed for failure to prosecute. To date, Plaintiff has not filed a response.

Accordingly, good cause appearing, the Court **DISMISSES** this action without prejudice only under Federal Rule of Civil Procedure 4(m) for failure to prosecute.

IT IS SO ORDERED.